**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JEREMIE COX, Derivatively on Behalf of ING GLOBAL REAL ESTATE FUND, | : : : : |
| Plaintiff, | : : Civ. Action No.: 13-01521 (SLR) |
| v. | : : |
| ING INVESTMENTS LLC, | : : : |
| Defendant. | : : |

**DEFENDANT'S MOTION TO TRANSFER THIS ACTION TO
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendant ING Investments, LLC ("Defendant"), by and through the undersigned counsel, hereby moves to transfer this Action to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1404(a) and the Local Rules of the District of Delaware. The grounds for this Motion are further set forth in the Memorandum of Law in Support of Defendant's Motion to Transfer This Action to the United States District Court for the District of Arizona and the Affidavit of Michael J. Roland in Support of Defendant's Motion to Transfer to the United States District Court for the District of Arizona, which are being filed contemporaneously herewith.

Dated: December 20, 2013

PINCKNEY, WEIDINGER, URBAN
& JOYCE LLC

 */s/ Patricia R. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
Seton C. Mangine (#5574)
1220 N. Market Street, Suite 950
Wilmington, DE 19801
(302) 504-1526
puhlenbrock@phw-law.com
smangine@phw-law.com

*Of Counsel:*
MILBANK, TWEED, HADLEY & McCLOY LLP
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
jbenedict@milbank.com
smurphy@milbank.com

*Attorneys for ING Investments, LLC*