IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEREMIE COX, Derivatively on Behalf of ING GLOBAL REAL ESTATE FUND, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 13-1521-SLR |
| ING INVESTMENTS LLC., | ) ) ) | |
| Defendant. | ) | |

# ORDER

At Wilmington this 6th day of June, 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that ING's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) (D.I. 12) is denied.

_____
United States District Judge