IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEREMIE COX, Derivatively on Behalf of ING GLOBAL REAL ESTATE FUND, <br><br>  Plaintiff, <br><br> v. <br><br> ING INVESTMENTS LLC, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 13-1521-SLR |

**ORDER**

At Wilmington this 26th day of May, 2015,

IT IS ORDERED that a telephone conference shall be held on **Thursday, May 28, 2015** at **1:00 p.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge