# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEREMIE COX, Derivatively on Behalf of ING GLOBAL REAL ESTATE FUND,<br><br>           Plaintiff,<br><br>v.<br><br>ING INVESTMENTS LLC,<br><br>           Defendant. | Civil Action No. 1:13-cv-01521-SLR |

## JOINT [PROPOSED] REVISED SCHEDULING ORDER

Plaintiff Jeremie Cox ("Plaintiff") and defendant Voya Investments, LLC, formerly known as ING Investments, LLC ("Defendant"), stipulate to the entry of a Revised Scheduling Order. Except as modified herein, the Scheduling Order previously entered by the Court on July 24, 2014 remains in effect.

The Court hereby orders as follows:

1. Based on the Court's guidance expressed during the March 31, 2015 status conference and April 16, 2015 scheduling conference, all deadlines subsequent to the conclusion of expert discovery are tentative and subject to whether the Court permits summary judgment briefing after a conference to be held on July 27, 2016 at 4:30 p.m.

2. All fact discovery shall be commenced in time to be completed by December 11, 2015.

3. Expert discovery shall be commenced in time to be completed by July 10, 2016.

    (a) Plaintiff's expert report(s), if any, are due by February 11, 2016.

    (b) Defendant's rebuttal expert reports, if any, are due by April 15, 2016.

(c) Absent Court authorization, Plaintiff is not entitled to designate a rebuttal expert, but may submit rebuttal expert report(s) from any expert who submits an initial report under paragraph 2(a). Should Plaintiff find it necessary to designate a rebuttal expert in response to Defendant's rebuttal expert report, Plaintiff reserves the right to seek court intervention on this matter. Plaintiff's rebuttal expert reports, if any, are due by May 13, 2016.

4. Discovery Disputes

   a. The Court shall conduct an in-person discovery status conference on July 2, 2015 at 10:00 a.m, the time to be allotted equally among the parties. No motions to compel or for protective order shall be filed absent prior approval of the Court.

   b. The Court shall remain available to resolve by telephone conference disputes that arise during the course of a deposition.

5. Pursuant to 28 U.S.C. § 636, this matter has been referred to Magistrate Judge Sherry R. Fallon for the purposes of exploring ADR. A status teleconference is scheduled to be held before Magistrate Judge Fallon on July 20, 2015 at 11:00 a.m.

6. Subject to the Court's discretion to entertain summary judgment motions, following a post-discovery conference, all summary judgment motions shall be served and filed by September 9, 2016 and the subsequent briefing of such motions shall be governed by Local Rule 7.1.2 of Civil Practice and Procedure of the United States District Court for the District of Delaware with a hearing to be held on October 17, 2016 at 3:00 p.m. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the Court.

7. All motions *in limine* shall be filed by January 13, 2017. All responses to said motions shall be filed by January 27, 2017.

{FG-W0391195.}

8. A pretrial conference will be held on February 1, 2017 at 4:30 p.m.

9. This matter is scheduled for a trial commencing on a date convenient for the Court.

| FRIEDLANDER & GORRIS, P.A. | PINCKNEY, WEIDINGER, URBAN & JOYCE LLC |
|---|---|
| */s/ Joel Friedlander* | */s/ Seton C. Mangine* |
| Joel Friedlander (#3163) | Patricia R. Urban (#4011) |
| Christopher M. Foulds (#5169) | Seton C. Mangine (#5574) |
| Benjamin P. Chapple (#5871) | 1220 N. Market Street, Suite 950 |
| 222 Delaware Avenue, Suite 1400 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 504-1526 |
| (302) 573-3500 | purban@pwujlaw.com |
| jfriedlander@bmf-law.com | smangine@pwujlaw.com |
| cfoulds@friedlandergorris.com | |
| bchapple@friedlandergorris.com | MILBANK, TWEED, HADLEY & McCLOY LLP |
| | James N. Benedict (*pro hac vice*) |
| ROBBINS ARROYO LLP | Sean M. Murphy (*pro hac vice*) |
| Brian J. Robbins | 1 Chase Manhattan Plaza |
| Stephen J. Oddo (*pro hac vice*) | New York, NY 10005 |
| Edward B. Gerard (*pro hac vice*) | (212) 530-5000 |
| Justin D. Rieger (*pro hac vice*) | jbenedict@milbank.com |
| Daniel L. Sachs (*pro hac vice*) | smurphy@milbank.com |
| 600 B Street, Suite 1900 | |
| San Diego, CA 92101 | *Attorneys for Defendants* |
| (619) 525-3990 | |
| brobbins@robbinsarroyo.com | |
| soddo@robbinsarroyo.com | |
| egerard@robbinsarroyo.com | |
| jrieger@robbinsarroyo.com | |
| dsachs@robbinsarroyo.com | |

*Attorneys for Plaintiff*

SO ORDERED this _____ day of June, 2015

_____
The Honorable Sue L. Robinson
United States District Court Judge