## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEREMIE COX, Derivatively on Behalf of ING GLOBAL REAL ESTATE FUND, | ) ) ) | Civil Action No. 1:13-cv-01521-SLR |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| ING INVESTMENTS LLC, | ) ) ) | |
| Defendant. | ) ) ) | |
| JEREMIE COX, Derivatively on Behalf of VOYA GLOBAL REAL ESTATE FUND f/k/a ING GLOBAL REAL ESTATE FUND, | ) ) ) ) ) | Civil Action No. 1:15-cv-00236-SLR |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) | |
| VOYA INVESTMENTS, LLC f/k/a ING INVESTMENTS, LLC and VOYA FUNDS SERVICES, LLC f/k/a VOYA FUNDS SERVICES, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, plaintiff Jeremie Cox ("Plaintiff"), defendants Voya Investments, LLC, formerly known as ING Investments, LLC ("Voya Investments"), and Voya Funds Services, LLC, formerly known as ING Funds Services, LLC ("VFS," collectively with Voya Investments, "Defendants") (collectively with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate and agree that:

WHEREAS, on August 30, 2013, Plaintiff filed the Complaint in *Cox v. ING Investments LLC, et al.*, Case No. 1:13-cv-01521-SLR ("*Cox I*") against Voya Investments on behalf of the Voya Global Real Estate Fund, formerly known as ING Global Real Estate Fund ("Voya Fund"), alleging that defendant Voya Investments violated Section 36(b) of the Investment Company Act of 1940, as amended 15 U.S.C. §80a-35(b) ("Section 36(b)"), by charging the Voya Fund excessive investment management fees;

WHEREAS, on July 7, 2014, defendant Voya Investments filed the Answer to Plaintiff's Complaint (D.I. 33) in *Cox I*;

WHEREAS, on March 13, 2015, Plaintiff filed the Complaint in *Cox v. Voya Investments, LLC, et al.*, Case No. 1:15-cv-00236- SLR ("*Cox II*") under seal (D.I. 1) on behalf of the Voya Fund against defendant Voya Investments and additional defendant VFS;

WHEREAS, Plaintiff identified *Cox II* as related to *Cox I* on the civil cover sheet for *Cox II*;

WHEREAS, the Complaint in *Cox II*, similar to the Complaint in *Cox I*, alleges that defendant Voya Investments violated Section 36(b) by charging the Voya Fund excessive investment management fees.  The Complaint in *Cox II* further alleges that defendant VFS violated Section 36(b) by charging the Voya Fund excessive administrative fees;

WHEREAS, discovery in *Cox I* and *Cox II* is ongoing;

{FG-W0394148.}

WHEREAS, on March 31, 2015, Plaintiff's counsel apprised the Court that counsel would seek consolidation of *Cox I* and *Cox II*;

WHEREAS, the Parties agree that the Revised Scheduling Order entered by the Court on June 9, 2015 in *Cox I* should apply to both *Cox I* and *Cox II*; and

WHEREAS, in view of the common issues of law and fact involved in *Cox I* and *Cox II*, subject to the Court's approval, the Parties agree that the two actions should be consolidated.

IT IS HEREBY STIPULATED AND AGREED by the Parties, by and through their undersigned counsel, subject to approval by the Court:

1.      *Cox I* and *Cox II* be consolidated for all purposes (the "Consolidated Action").

2.      Every pleading filed in the Consolidated Action, or in any separate action included herein, bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE VOYA GLOBAL REAL ESTATE FUND SHAREHOLDER LITIGATION | ) ) ) | Lead C.A. No. 1:13-cv-01521-SLR (Consolidated with No. 1:15-cv-00236- SLR) |
|---|---|---|

3.      The files of the Consolidated Action be maintained in one file under Master File No. 1:13-cv-01521-SLR.

4.      *Cox I* and *Cox II* shall proceed on the same schedule, and the Parties shall comply with this Court's Revised Scheduling Order entered on June 9, 2015, subject to any modification subsequently ordered by the Court.

5.      Neither the filing of *Cox II* nor the consolidation of *Cox I* and *Cox II* shall operate as a waiver as to the position of any party with respect to the appropriate damages period claimed for the Voya Fund against Voya Investments and VFS.

{FG-W0394148.}

6.     As a result of the consolidation of *Cox I* and *Cox II*, all deadlines and hearings in *Cox II*, including the deadline for the parties to submit a discovery plan and the Scheduling Conference set for July 30, 2015, are now vacated.

DATED: July 28, 2015                          FRIEDLANDER & GORRIS, P.A.

                                              */s/ Joel Friedlander*
                                              Joel Friedlander (#3163)
                                              Christopher M. Foulds (#5169)
                                              Benjamin P. Chapple (#5871)
                                              222 Delaware Avenue, Suite 1400
                                              Wilmington, DE 19801
                                              (302) 573-3500
                                              jfriedlander@friedlandergorris.com
                                              cfoulds@friedlandergorris.com
                                              bchapple@friedlandergorris.com

                                              ROBBINS ARROYO LLP
                                              Brian J. Robbins
                                              Stephen J. Oddo (*pro hac vice*)
                                              Edward B. Gerard (*pro hac vice*)
                                              Justin D. Rieger (*pro hac vice*)
                                              Daniel L. Sachs (*pro hac vice*)
                                              600 B Street, Suite 1900
                                              San Diego, CA 92101
                                              (619) 525-3990
                                              brobbins@robbinsarroyo.com
                                              soddo@robbinsarroyo.com
                                              egerard@robbinsarroyo.com
                                              jrieger@robbinsarroyo.com
                                              dsachs@robbinsarroyo.com

                                              *Counsel for Plaintiff Jeremie Cox*

                                              PINCKNEY, WEIDINGER, URBAN &
                                                 JOYCE LLC

                                              */s/ Patricia R. Urban*
                                              Patricia R. Urban (#4011)
                                              Seton C. Mangine (#5574)
                                              1220 N. Market Street, Suite 950
                                              Wilmington, DE 19801
                                              (302) 504-1526
                                              purban@pwujlaw.com
                                              smangine@pwujlaw.com

- 3 -

MILBANK, TWEED, HADLEY
 & MCCLOY LLP
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Thomas A. Arena (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
jbenedict@milbank.com
smurphy@milbank.com

*Counsel for defendants Voya Investments, LLC
f/k/a ING Investments, LLC and Voya Funds
Services, LLC f/k/a Voya Funds Services, LLC*

SO ORDERED this _____ day of July, 2015.

_____
The Honorable Sue L. Robinson
United States District Court Judge

{FG-W0394148.}

{FG-W0394148.}