**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE VOYA GLOBAL REAL ESTATE FUND SHAREHOLDER LITIGATION | ) Lead C.A. No. 1:13-cv-01521-SLR )<br>) (Consolidated with No. 1:15-cv-00236-SLR) |

**JOINT [PROPOSED] REVISED SCHEDULING ORDER**

Plaintiff Jeremie Cox ("Plaintiff"), defendants Voya Investments, LLC, formerly known as ING Investments, LLC ("Voya Investments"), and Voya Funds Services, LLC, formerly known as ING Funds Services, LLC ("VFS," collectively with Voya Investments, "Defendants") (collectively with Plaintiff, the "Parties") stipulate to the entry of a Revised Scheduling Order. Except as modified herein, the Scheduling Orders entered by the Court on July 24, 2014, and as modified on June 9, 2015, remain in effect.

WHEREAS, on August 30, 2013, Plaintiff filed an action against defendant Voya Investments captioned *Cox v. ING Investments LLC, et al.*, Case No. 1:13-cv-01521-SLR (D. Del.) ("Cox I");

WHEREAS, on March 13, 2015, Plaintiff filed a related action against Defendants Voya Investments and VFS captioned *Cox v. Voya Investments, LLC, et al.*, Case No. 1:15-cv-00236-SLR (D. Del.) ("Cox II");

WHEREAS, on June 8, 2015, the Parties filed a Joint [Proposed] Revised Scheduling Order (D.I. 56) in which the Parties stipulated and agreed to, among other things, extend the fact discovery deadline to December 11, 2015 in Cox I;

WHEREAS, on June 9, 2015, the Court entered the Order for Scheduling Conference, which set December 11, 2015 as the amended fact discovery deadline and set various other case-related deadlines in Cox I and Cox II;

1

{FG-W0397182.}

WHEREAS, on July 2, 2015, the Court held a discovery conference and the Parties have devoted significant time and resources to resolving disputes as to the scope of discovery, which have led to reasonable delays in the progress of document production;

WHEREAS, on July 28, 2015, the Court granted the Parties' Stipulation and [Proposed] Order Regarding Consolidation, which requested that Cox I and Cox II be consolidated and that the consolidated action proceed on the schedule set forth in the Joint [Proposed] Revised Scheduling Order in Cox I (D.I. 59);

WHEREAS, Defendants have produced, and Plaintiff has reviewed, thousands of pages of documents and electronically stored materials and information ("ESI");

WHEREAS, the Parties have met and conferred numerous times regarding the fact discovery that remains to be completed and ways to limit the scope and duration of such discovery; and

WHEREAS, subject to the Court's approval, having met and conferred regarding the outstanding schedule for discovery, the Parties have reached an agreement as to the schedule and other discovery-related issues.

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that:

1. Based on the Court's guidance expressed during the March 31, 2015 status conference and April 16, 2015 scheduling conference, all deadlines subsequent to the conclusion of expert discovery are tentative and subject to whether the Court permits summary judgment briefing after a conference to be scheduled on a date convenient for the Court following the conclusion of expert discovery.

2. The deadline for fact discovery and all subsequent deadlines shall be extended by ninety (90) days, resulting in the following schedule:

    a. All fact discovery shall be commenced in time to be completed by March 11, 2016.

    b. Expert discovery shall be commenced in time to be completed by October 10, 2016.

    c. Plaintiff's expert report(s), if any, are due by May 11, 2016.

    d. Defendants' rebuttal expert reports, if any, are due by July 15, 2016.

    e. Absent Court authorization, Plaintiff is not entitled to designate a rebuttal expert, but may submit rebuttal expert report(s) from any expert who submits an initial report under paragraph 3(a). Should Plaintiff find it necessary to designate a rebuttal expert in response to Defendants' rebuttal expert report, Plaintiff reserves the right to seek court intervention on this matter. Plaintiff's rebuttal expert reports, if any, are due by August 15, 2016.

    f. Subject to the Court's discretion to entertain summary judgment motions, following a post-discovery conference, all summary judgment motions shall be served and filed by December 9, 2016 and the subsequent briefing of such motions shall be governed by Local Rule 7.1.2 of Civil Practice and Procedure of the United States District Court for the District of Delaware with a hearing to be scheduled on a date convenient for the Court. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the Court.

    g. All motions *in* limine shall be filed by April 13, 2017. All responses to said motions shall be filed by April 27, 2017.

    h. A pretrial conference will be scheduled on a date convenient for the Court.

3

{FG-W0397182.}

    i.  This matter is scheduled for a trial commencing on a date convenient for the Court.

  3.  Except by stipulation of the parties or court order, there shall be no further extensions of the fact discovery deadline.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| FRIEDLANDER & GORRIS, P.A. | PINCKNEY, WEIDINGER, URBAN & JOYCE LLC |
| | |
| */s/ Christopher M. Foulds* | */s/ Seton C. Mangine* |
| Joel Friedlander (#3163) | Patricia R. Urban (#4011) |
| Christopher M. Foulds (#5169) | Seton C. Mangine (#5574) |
| Benjamin P. Chapple (#5871) | 1220 N. Market Street, Suite 950 |
| 222 Delaware Avenue, Suite 1400 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 504-1526 |
| (302) 573-3500 | purban@pwujlaw.com |
| jfriedlander@friedlandergorris.com | smangine@pwujlaw.com |
| cfoulds@friedlandergorris.com | |
| bchapple@friedlandergorris.com | |
| | |
| ROBBINS ARROYO LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
| Brian J. Robbins | |
| Stephen J. Oddo (*pro hac vice*) | James N. Benedict (*pro hac vice*) |
| Jenny L. Dixon (*pro hac vice*) | Sean M. Murphy (*pro hac vice*) |
| Edward B. Gerard (*pro hac vice*) | Thomas A. Arena (*pro hac vice*) |
| Daniel L. Sachs (*pro hac vice*) | 1 Chase Manhattan Plaza |
| 600 B Street, Suite 1900 | New York, NY 10005 |
| San Diego, CA 92101 | (212) 530-5000 |
| (619) 525-3990 | jbenedict@milbank.com |
| brobbins@robbinsarroyo.com | smurphy@milbank.com |
| soddo@robbinsarroyo.com | tarena@milbank.com |
| jdixon@robbinsarroyo.com | |
| egerard@robbinsarroyo.com | *Attorneys for Defendants* |
| dsachs@robbinsarroyo.com | |

*Attorneys for Plaintiff*

Dated: October 6, 2015

SO ORDERED this ___7th___ day of October, 2015

                                                  _____
                                                  The Honorable Sue L. Robinson
                                                  United States District Court Judge

{FG-W0397182.}