## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VOYA GLOBAL REAL ESTATE FUND SHAREHOLDER LITIGATION | ) ) ) ) | Lead C.A. No. 1:13-cv-01521-SLR  Consolidated with No. 1:15-cv-00236-SLR |

### JOINT [PROPOSED] REVISED SCHEDULING ORDER

Plaintiff Jeremie Cox ("Plaintiff"), jointly with Voya Investments, LLC, formerly known as ING Investments, LLC ("VIL"), and Voya Funds Services, LLC, formerly known as ING Funds Services, LLC ("VFS" and, collectively with VIL, "Defendants" and, together with Plaintiff, the "Parties") stipulate to the entry of a Revised Scheduling Order.  Except as modified herein, the Scheduling Order entered by the Court on July 24, 2014, and as modified on June 9, 2015, on October 7, 2015, and on February 4, 2016, remains in effect.

WHEREAS, on August 30, 2013, Plaintiff filed an action against defendant VIL captioned *Cox v. ING Investments LLC, et al.*, Case No. 1:13-cv-01521-SLR (D. Del.) ("Cox I");

WHEREAS, on March 13, 2015, Plaintiff filed a related action against Defendants captioned *Cox v. Voya Investments, LLC, et al.*, Case No. 1:15-cv-00236-SLR (D. Del.) ("Cox II");

WHEREAS, on June 9, 2015, the Court entered a Joint Revised Scheduling Order, which set December 11, 2015 as the amended fact discovery deadline and set various other case-related deadlines in Cox I and Cox II;

WHEREAS, on July 28, 2015, the Court granted the Parties' Stipulation and [Proposed] Order Regarding Consolidation, which requested that Cox I and Cox II be consolidated and that the consolidated action proceed on the schedule set forth in the Joint [Proposed] Revised Scheduling Order in Cox I (D.I. 59);

1

WHEREAS, on October 7, 2015, the Court entered a Joint Revised Scheduling Order, which set March 11, 2016 as the amended fact discovery deadline and set various other case-related deadlines in Cox I and Cox II;

WHEREAS, on February 4, 2016, the Court entered a Joint Revised Scheduling Order, which set July 11, 2016 as the amended fact discovery deadline and set various other case-related deadlines in Cox I and Cox II;

WHEREAS, the Parties have devoted significant time and resources to resolving disputes in discovery, which have led to reasonable delays in the progress of document production and the taking of depositions;

WHEREAS, despite their diligence and best efforts, the Parties have been unable to schedule all remaining depositions by the fact discovery deadline; and

WHEREAS, subject to the Court's approval, having met and conferred regarding the outstanding schedule for discovery, the Parties have reached an agreement as to certain amendments to the schedule and other discovery-related issues.

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that:

1.      Based on the Court's guidance expressed during the March 31, 2015 status conference and the April 16, 2015 scheduling conference, all deadlines subsequent to the conclusion of expert discovery are tentative and subject to whether the Court permits summary judgment briefing after a conference to be scheduled on a date convenient for the Court following the conclusion of expert discovery.

{FG-W0412870.}

2.      The deadline for fact discovery and all subsequent deadlines shall be extended by one hundred and twelve (112) days to permit additional factual discovery as expressly agreed by the Parties, resulting in the following schedule:

3.      The three additional depositions of Michael Earley, Peter Drotch and Andrew Simonoff (who will testify in his individual capacity and as a Rule 30(b)(6) witness on limited topics as agreed by the Parties) shall be completed by October 31, 2016.

a.      Expert discovery shall be commenced in time to be completed by June 1, 2017.

b.      Plaintiff's expert report(s), if any, are due by December 29, 2016.

c.      Defendants' rebuttal expert reports, if any, are due by March 6, 2017.

d.      Absent Court authorization, Plaintiff is not entitled to designate a rebuttal expert, but may submit rebuttal expert report(s) from any expert who submits an initial report under paragraph 3(a).  Should Plaintiff find it necessary to designate a rebuttal expert in response to Defendants' rebuttal expert report, Plaintiff reserves the right to seek court intervention on this matter.  Plaintiff's rebuttal expert reports, if any, are due by April 6, 2017.

e.      Subject to the Court's discretion to entertain summary judgment motions, following a post-discovery conference, all summary judgment motions shall be served and filed by July 31, 2017 and the subsequent briefing of such motions shall be governed by Local Rule 7.1.2 of Civil Practice and Procedure of the United States District Court for the District of Delaware with a hearing to be scheduled on a date convenient for the Court.  No summary judgment motion may be filed more than ten (10) days from the above date without leave of the Court.

f.      All motions *in limine* shall be filed by December 1, 2017.  All responses to said motions shall be filed by December 15, 2017.

g.      A pretrial conference will be scheduled on a date convenient for the Court.

h.      This matter is scheduled for a trial commencing on a date convenient for the Court.

4.      Except by stipulation of the parties or court order, there shall be no further extensions of the fact discovery deadline.

STIPULATED AND AGREED TO BY:

FRIEDLANDER & GORRIS, P.A.

PINCKNEY, WEIDINGER, URBAN
& JOYCE LLC

/s/ Christopher P. Quinn
Joel Friedlander (#3163)
Christopher M. Foulds (#5169)
Christopher P. Quinn (#5823)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com
cfoulds@friedlandergorris.com
cquinn@friedlandergorris.com

/s/ Patricia R. Urban
Patricia R. Urban (#4011)
Seton C. Mangine (#5574)
3711 Kennett Pike, Suite 210
Greenville, DE 19807
(302) 504-1526
purban@pwujlaw.com
smangine@pwujlaw.com

4

ROBBINS ARROYO LLP
Brian J. Robbins
Stephen J. Oddo (*pro hac vice*)
Jenny L. Dixon (*pro hac vice*)
Edward B. Gerard (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
(619) 525-3990
brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com
egerard@robbinsarroyo.com

*Counsel for Plaintiff Jeremie Cox*

DATED: August 24, 2016

MILBANK, TWEED, HADLEY
  & McCLOY LLP
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Thomas A. Arena (*pro hac vice*)
28 Liberty Street
New York, NY 10005
(212) 530-5000
jbenedict@milbank.com
smurphy@milbank.com
tarena@milbank.com

*Counsel for Defendants Voya Investments, LLC
f/k/a ING Investments, LLC and Voya Funds
Services, LLC f/k/a Voya Funds Services, LLC*

SO ORDERED this _____ day of August, 2016

_____
The Honorable Sue L. Robinson
United States District Court Judge

5

{FG-W0412870.}