IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VOYA GLOBAL REAL ESTATE FUND SHAREHOLDER LITIGATION | Lead C.A. No. 1:13-cv-01521-SLR (Consolidated with No. 1:15-cv-00236-SLR)<br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between undersigned counsel, that the named Plaintiff, Jeremie Cox, in the above-captioned action, by his attorneys pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action with prejudice.

DATED: October 16, 2017

FRIEDLANDER & GORRIS, P.A.

*/s/ Christopher P. Quinn*
Joel Friedlander (#3163)
Christopher M. Foulds (#5169)
Christopher P. Quinn (#5823)
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com
cfoulds@friedlandergorris.com
cquinn@friedlandergorris.com

ROBBINS ARROYO LLP
Brian J. Robbins
Stephen J. Oddo (*pro hac vice*)
Jenny L. Dixon (*pro hac vice*)
Eric M. Carrino (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
(619) 525-3990

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

*/s/ Patricia R. Urban*
Patricia R. Urban (#4011)
3711 Kennett Pike, Suite 210
Greenville, DE 19807
(302) 504-1526
purban@phw-law.com

MILBANK, TWEED, HADLEY & McCLOY LLP
Thomas A. Arena (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
28 Liberty Street
New York, NY 10005
(212) 530-5000
tarena@milbank.com
smurphy@milbank.com
*Attorneys for Defendants*

{FG-W0431966.}

brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com
ecarrino@robbinsarroyo.com

*Attorneys for Plaintiff*

{FG-W0431966.}